Case 4:17-cv-00086   Document 4   Filed on 02/01/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINTON LARU ARDS, Inmate # 1088273, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-086 |
| BOB JOIA, *et al.*, | § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order signed on this date, Plaintiff Clinton Laru Ards's claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED** with prejudice. Plaintiff's state tort claims, if any, are **DISMISSED** without prejudice for lack of jurisdiction.

Plaintiff shall take nothing on his section 1983 claims.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 1ST day of February, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE